IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TONY L. JACKSON,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 2:17-cv-1142
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

## OPINION AND ORDER

This matter is before the Court for consideration of the parties' Joint Motion to Remand to the Commissioner pursuant to sentence four of the Social Security Act, 42 U.S.C. § 405(g), which is hereby **GRANTED**. (ECF No. 9.) The Court **REMANDS** this case for further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision, and the Commissioner will conduct further proceedings and develop the administrative record as necessary, to determine whether Plaintiff is under a disability as defined by the Social Security Act.

**IT IS SO ORDERED.**

5-31-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT COURT JUDGE